Opinion issued August 22, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00108-CV

———————————

**CEDRICK JEROME BASS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-47611**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in his motion, appellant's motion includes a certificate of service,

more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.